IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY C. MOORE,

                 ORDER
      Petitioner,
                 08-cv-300-slc

  v.

DANE COUNTY; CITY OF MADISON, WI.; GRECTHEN
HAYWARD; FRANK SMITH; NICK BARTNICK; CITY
OF SUN PRAIRIE, WI.; OFFICER MIKE BUCKLEY;
RICHIE STILES-RIDDLE; NOVAK; JOHNSON; DENNIS
LINDHOLM; CORY MORRISARD; KATHRYN PENNINGROTH;
SHELIA HANSON; FRANCISCO SALAS; SUSAN BENDER;
DR. KIM NESLER; BARBARA ANDREW; and SHEILA HANSON,

      Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY C. MOORE,

      Petitioner,
                 08-cv-301-slc

  v.

THOMAS SPEECH; TIM ZIGLER; JEREMY WRIGHT;
and WISCONSIN RESOURCE CENTER,

      Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

1

Petitioner Rodney C. Moore, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted two proposed complaints. He requests leave to proceed <u>in forma pauperis</u> in each action. A decision on the requests will be delayed until petitioner pays an initial partial payment of the filing fee for each action as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Petitioner's initial partial payment cannot be calculated at this time because the trust fund account statement he submitted with his complaints do not cover the full six-month period immediately preceding the filing of his complaints.

Petitioner's complaints were submitted to the court on May 23, 2008. (Curiously, they purport to have been signed on May 25, 2008.) Petitioner's trust fund account statement should cover the period beginning approximately November 20, 2007 and ending approximately May 20, 2008. Instead, covers a five-day period in November (Nov. 25-Nov. 30), a two-month period beginning January 4, 2008 and ending February 29, 2008, and a three week period beginning April 3, 2008 and ending April 24, 2008. In other words, petitioner's trust fund account statements for all of December and March, from April 25, 2008 until May 20, 2008 are missing. If petitioner wants to continue with these lawsuits, he will have to arrange to supply the missing statements to the court.

ORDER

IT IS ORDERED that petitioner may have until June 19, 2008, in which to submit a trust fund account statement for the period beginning December 1, 2007 and ending January 3, 2008, and for the period beginning March 1, 2008 and ending April 2, 2008, and for the period beginning April 25, 2008 and ending May 20, 2008. If, by June 19, 2008, petitioner fails to respond to this order, I will assume that he wishes to withdraw these actions voluntarily and, in that case, the clerk of court is directed to close these files without prejudice to petitioner's filing his cases at a later date.

Entered this 29th day of May, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge